■ SHARON HAGGERTY, Appellant, v SUBHANALLI C. PILLAY, Respondent.—In a negligence action to recover damages from personal injuries, plaintiff appeals from an order of the Supreme Court, Westchester County, dated September 7, 1976, which denied her motion for "leave to renew" a prior order which granted defendant's motion to dismiss the action for failure to serve a complaint. Order affirmed, with $50 costs and disbursements, on the opinion of Mr. Justice Sullivan at Special Term. Cohalan, J. P., Titone, Hawkins and Suozzi, JJ., concur.